# United States Bankruptcy Court
## Northern District of Alabama

In re **James Lewis Landers, III**  Case No. **18-00363-TOM 13**
Debtor(s)  Chapter **13**

## MOTION TO MODIFY CHAPTER 13 PLAN

1. Debtor(s), **James Lewis Landers, III**, commenced this case on **January 30, 2018** by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor mortgage is held by US Bank, National Association Of the Cabana Series III Trust.

3. Debtor is (14) fourteen months in arears on mortgage payments ($658.03 per month ) ($9212.42),

   proor servicer corporate advance in the amount of $1111.00, prior servicer late fees in the amount of $131.30,

taxes /PMI/insurance in the amount of $3722.52.

| Schedule(s) Affected: | Change(s): |
|---|---|
| **SCHEDULE 'D'** US Bank, National Association | $ 9212.42 + $4964.82 = $14177.24 |
| | |
| | |

4. Debtor wish to include the above mortgage arears in chapter 13 plan.

5. Debtor bankruptcy term is 36 months.

6. Debtor wish to extend bankruptcy term to 60 months in order to pay off additional debt included in plan.

**WHEREFORE**, Debtor(s) pray that this Honorable court will allow this motion to modify bankruptcy plan as set out above and for additional or alternative relief as may be just and proper.

Dated: **June 4, 2019**   /s/ James Lewis Landers, III
                          James Lewis Landers, III
                          Debtor